IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ZACHARY A. COLLIER,

       Appellant,

                                    Case No.  5D21-1897
v.                              LT Case No.  2018-CA-008383-O


CONTINENTAL PROPERTY, LLC,
COUNTRYWIDE PAYROLL & HR
SOLUTIONS, INC., A FLORIDA
CORPORATION, D/B/A LIGHTHOUSE HR,

       Appellees.

_____/

Decision filed December 27, 2022

Appeal from the Circuit Court
for Orange County,
Vincent Falcone lll, Judge.

Tucker Byrd, of Byrd Campbell,
P.A., Winter Park, for Appellant.

Jason Zimmerman, Jeff Aaron,
and Lesley-Anne Marks, of Gray
Robinson, P.A., Orlando, for
Appellees.

PER CURIAM.

     AFFIRMED.

COHEN, WOZNIAK and NARDELLA, JJ., concur.